IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Lucretia Ricks | : | No.   15-13709-MDC |
| Debtor | | |

O R D E R

AND NOW, this   11th   day of   July  , 2017, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Lucretia Ricks

Payroll Controller

Good Shepherd Penn Partners
850 S. 5th Street
Allentown, PA 18103