*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lucretia Ricks
      Debtor(s)　　　　　　　　　　　　　　　　Bankruptcy No: 15−13709−mdc
　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

　　　　　　　　　　　　　　　　　　　　　　　For The Court
　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

Dated: 4/17/19

　　　　　　　　　　　　　　　　　　　　　　　　　　　　43 – 41
　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 138_new