United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lucretia Ricks  
    Debtor

Case No. 15-13709-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 2      Date Rcvd: Apr 17, 2019  
                       Form ID: 138NEW      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.

```
db             +Lucretia Ricks,    5212 Pennway Street,    Philadelphia, PA 19124-3002
13534739        City of Philadelphia,    Code Violation Enforcement,    P.O. Box 56318,
                  Philadelphia, PA 19130-6318
13534741        Commonwealth of Pennsylvania,    Department of Labor and Industry,    UI Payment Services,
                  P.O. Box 67503,    Harrisburg, PA 17106-7503
13534744       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DIRECTV,    P.O. Box 78626,    Phoenix, AZ 85062)
13567466       +Office of UC Benefits Policy,    Department of Labor & Industry,    Office of Chief Counsel,
                  Unemployment Compensation Division,    651 Boas Street, 10th Floor,    Harrisburg,PA 17121-0751
13534749        St. Christopher's Hospital for Children,    P.O. Box 829191,    Philadelphia, PA 19182-9191
13534750        Temple University Hospital,    Attn: TUH Cashier,    Broad & Ontario Street,
                  Philadelphia, PA 19140
13718090       +U.S BANK NATIONAL ASSOCIATION (Trustee for the Pen,    PHFA Loan Servicing Division,
                  211 North Front Street,    Harrisburg, PA 17101-1466
13534752        West Cathoic Preparatory High School,    4501 Chestnut Street,    Philadelphia, PA 19139-3699
13550478       +Why Not Lease It,    1750 Elm Street,    Ste. 1200,    Manchester, NH 03104-2907
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Apr 18 2019 03:03:15      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2019 03:02:47
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2019 03:03:05      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13534738        E-mail/Text: mnapoletano@ars-llc.biz Apr 18 2019 03:03:25      Ability Recovery Servi,
                  Po Box 4031,    Wyoming, PA 18644-0031
13534740        E-mail/Text: documentfiling@lciinc.com Apr 18 2019 03:02:24      Comcast Cable,    P.O. Box 3006,
                  Southeastern, PA 19398-3006
13534742       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 18 2019 03:03:28      Credit Coll,
                  Po Box 9134,    Needham, MA 02494-9134
13534743       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 18 2019 03:10:39      Credit One Bank Na,
                  Po Box 98875,    Las Vegas, NV 89193-8875
13534745       +E-mail/Text: bknotice@ercbpo.com Apr 18 2019 03:02:58      Enhanced Recovery Co L,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13595615        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 18 2019 03:03:01      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
13584909        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2019 03:10:40
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13534746       +E-mail/Text: blegal@phfa.org Apr 18 2019 03:02:56      Pa Housing Finance Age,    211 N Front St,
                  Harrisburg, PA 17101-1406
13534747       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2019 03:11:02
                  Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13534748        E-mail/PDF: cbp@onemainfinancial.com Apr 18 2019 03:10:35      Springleaf Financial S,
                  Po Box 3251,    Evansville, IN 47731
13534751       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 18 2019 03:02:23
                  Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510
                                                                                                 TOTAL: 14
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                             Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Apr 17, 2019
                              Form ID: 138NEW           Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Lucretia  Ricks dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lucretia Ricks

      Debtor(s)                                      Bankruptcy No: 15–13709–mdc

                                                                                               Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                          900 Market Street
                              Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                       For The Court
                                                                 Timothy B. McGrath
                                                                   Clerk of Court

Dated: 4/17/19

                                                                                                                  43 – 41
                                                                                                         Form 138_new