*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lucretia Ricks  Case No: 15−13709−mdc

    Debtor(s)

---

*NOTICE OF CHAPTER 13 CASE CLOSED*
*WITHOUT DISCHARGE*

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 6/17/19

For The Court

Timothy B. McGrath
Clerk of Court

48
Form 206