United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-13709-mdc
Lucretia Ricks                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 2              Date Rcvd: Jun 17, 2019
                            Form ID: 206              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
```
db             +Lucretia Ricks,    5212 Pennway Street,    Philadelphia, PA 19124-3002
13534739        City of Philadelphia,    Code Violation Enforcement,    P.O. Box 56318,
                 Philadelphia, PA 19130-6318
13534741        Commonwealth of Pennsylvania,    Department of Labor and Industry,    UI Payment Services,
                 P.O. Box 67503,    Harrisburg, PA 17106-7503
13534744       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                (address filed with court: DIRECTV,    P.O. Box 78626,    Phoenix, AZ 85062)
13567466       +Office of UC Benefits Policy,    Department of Labor & Industry,    Office of Chief Counsel,
                 Unemployment Compensation Division,    651 Boas Street, 10th Floor,    Harrisburg,PA 17121-0751
13534749        St. Christopher's Hospital for Children,    P.O. Box 829191,    Philadelphia, PA 19182-9191
13534750        Temple University Hospital,    Attn: TUH Cashier,    Broad & Ontario Street,
                 Philadelphia, PA 19140
13718090       +U.S BANK NATIONAL ASSOCIATION (Trustee for the Pen,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13534752        West Cathoic Preparatory High School,    4501 Chestnut Street,    Philadelphia, PA 19139-3699
13550478       +Why Not Lease It,    1750 Elm Street,    Ste. 1200,    Manchester, NH 03104-2907
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 18 2019 03:01:14     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2019 03:00:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 18 2019 03:01:09     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13534738        E-mail/Text: mnapoletano@ars-llc.biz Jun 18 2019 03:01:25     Ability Recovery Servi,
                 Po Box 4031,    Wyoming, PA 18644-0031
13534740        E-mail/Text: documentfiling@lciinc.com Jun 18 2019 03:00:13     Comcast Cable,    P.O. Box 3006,
                 Southeastern, PA 19398-3006
13534742       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 18 2019 03:01:29     Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13534743       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 18 2019 03:01:52     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
13534745       +E-mail/Text: bknotice@ercbpo.com Jun 18 2019 03:01:03     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13595615        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 18 2019 03:01:06     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13584909        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 18 2019 03:01:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13534746       +E-mail/Text: blegal@phfa.org Jun 18 2019 03:01:02     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13534747       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 18 2019 03:02:08
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13534748        E-mail/PDF: cbp@onemainfinancial.com Jun 18 2019 03:02:06     Springleaf Financial S,
                 Po Box 3251,    Evansville, IN 47731
13534751       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 18 2019 03:00:12
                 Verizon Wireless,    1 Verizon Pl,    Alpharetta, GA 30004-8510
                                                                                               TOTAL: 14
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Jun 17, 2019
                              Form ID: 206              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN   on behalf of Debtor Lucretia  Ricks dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              THOMAS I. PULEO    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Lucretia Ricks                                                                                           Case No: 15−13709−mdc

    Debtor(s)

___

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 6/17/19

For The Court

Timothy B. McGrath
Clerk of Court

48
Form 206