IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re   Lucretia Ricks | ) | Chapter 13 |
|        Debtor | ) | |
| | ) | No.15-13709-MDC |
| | ) | |
| | ) | |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Reopen Chapter 13 Case for the Limited Purpose of Entering an Order of Discharge and respectfully request that the Order attached to the Motion be approved.

                                            /s/David M. Offen
                                            David M. Offen
                                            Attorney for Debtors

Date: 8/19/19