IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Lucretia Ricks | : | No. 15-13709-MDC |
| Debtor | : | |

### ORDER

This 29th day of August, 2019, upon consideration of the Motion to Re-open Case for the Limited Purpose of Entering a Discharge, it is hereby ORDERED that the debtor's Chapter 13 case is Reopened to permit the entry of an Order of Discharge.

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

CC:

William C. Miller, Esq., Trustee

David M. Offen, Esq.

Lucretia Ricks